# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Amerifa Construction Company | )   ASBCA No. 61167 |
| | ) |
| Under Contract No. W917PM-06-C-0026 | ) |

APPEARANCES FOR THE APPELLANT:   Stephen M. Seeger, Esq.
Michael C. Zisa, Esq.
  Peckar & Abramson, P.C.
  Washington, DC

APPEARANCES FOR THE GOVERNMENT:   Michael P. Goodman, Esq.
  Engineer Chief Trial Attorney
James D. Stephens, Esq.
Aimee L. Rider, Esq.
  Engineer Trial Attorneys
  U.S. Army Engineer District, Middle East
  Winchester, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: June 11, 2019

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61167, Appeal of Amerifa Construction Company, rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals